AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) | Civil Action No. |
| *Defendant(s)* | ) ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

 

 

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

 

 

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

## **ATTACHMENT 1 TO SUMMONS**

SPARTUCUS 20TH G.P., INC., PHILIP R. PALUMBO, JAKOB IRION, BODYROK FRANCHISE, LIMITED PARTNERSHIP, BODYROK FRANCHISE GP, INC., EXERCISE TECHNOLOGIES, L.P., BODYROK MARINA, L.P., SCULPT FITNESS BERKELEY, LLC, AND DOES 1 THROUGH 10, INCLUSIVE

## ATTACHMENT 2 TO SUMMONS

**Spartacus 20th G.P., Inc.**
1900 Western Avenue
Las Vegas, NV 89021

**Philip R. Palumbo**
1322 Alcyon Ct.
Carlsbad, CA 92011

**Jakob Irion**
842 Bay Street
San Francisco, CA 94109

**BodyROK Franchise, Limited Partnership**
2269 Chestnut Street
Suite 388
San Francisco, CA 94123

**BodyROK Franchise GP, Inc.**
2269 Chestnut Street
Suite 388
San Francisco, CA 94123

**Exercise Technologies, L.P.**
2269 Chestnut Street
Suite 388
San Francisco, CA 94123

**BodyRok Marina, L.P.**
7040 Avenida Encinas
Suites 104-148
Carlsbad, CA 92011

**Sculpt Fitness Berkeley, LLC**
3126A Laguna Street
San Francisco, CA 94123