UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: March 24, 2017            Judge: Jon S. Tigar

Time: 32 minutes

Case No.     **3:17-cv-00795-JST**
Case Name     **Lagree Technologies, Inc., et al. v. Spartacus 20th L.P., et al.**

Attorneys for Plaintiffs:     Chad E. Ziegler
                                Paul J. Loh

Attorneys for Defendants:     Robert P. Andris
                                 Michael D. Kanach

Deputy Clerk: William Noble            Court Reporter: Raynee Mercado

## PROCEEDINGS

Motion to Extend Time for Defendants to File Their Answer or Otherwise Respond to Plaintiffs' Complaint for Patent Infringement, Copyright Infringement, Trademark Infringement, Name Misappropriation, Unlawful and Fraudulent Business Practices, and California Common Law Unfair Competition (ECF No. 22)

## RESULT OF HEARING

1. The Court ordered the Defendants to respond to the Complaint by April 7, 2017.

2. If the parties want the Court to conduct a case management conference prior to June 7, 2017, they shall first meet and confer before making a request by contacting the Courtroom Deputy Clerk.