# TRANSCRIPT ORDER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
(CAND Rev. 02/2015)

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Diana Benitez |
| 1b. ATTORNEY NAME (if different) | William A. Delgado |
| 2a. CONTACT PHONE NUMBER | (213) 955-8037 |
| 2b. ATTORNEY PHONE NUMBER | (213) 955-9240 |
| 3. CONTACT EMAIL ADDRESS | dbenitez@willenken.com |
| 3. ATTORNEY EMAIL ADDRESS | wdelgado@willenken.com |
| 4. MAILING ADDRESS | Willenken Wilson Loh & Delgado LLP, 707 Wilshire Blvd., Suite 3850, Los Angeles, CA 90017 |
| 5. CASE NAME | Lagree Technologies, Inc., v. Spartacus 20th L.P. |
| 6. CASE NUMBER | 3:17-cv-00795 |
| 7. COURT REPORTER NAME | Raynee Mercado |

8. THIS TRANSCRIPT ORDER IS FOR: ☐ APPEAL  ☐ CRIMINAL  ☐ NON-APPEAL  ☑ CIVIL  ☐ In forma pauperis

9. TRANSCRIPT(S) REQUESTED:

a. HEARING(S):

| DATE | JUDGE | TYPE |
|---|---|---|
| 03/24/2017 | JST | Motion |

b. SELECT FORMAT(S): PDF (email) — selected

c. DELIVERY TYPE: HOURLY (2 hrs) — selected

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.:

11. SIGNATURE: /s/ Diana Benitez

12. DATE: 04/06/2017

DISTRIBUTION: ☐ COURT COPY  ☐ TRANSCRIPTION COPY  ☐ ORDER RECEIPT  ☑ ORDER COPY