ROBERT P. ANDRIS (SBN: 130290)
MICHAEL D. KANACH (SBN: 271215)
GORDON & REES SCULLY MANSUKHANI
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.986.5900
Facsimile: 415.986.8054

KEVIN W. ALEXANDER (SBN: 175204)
GORDON & REES SCULLY MANSUKHANI
101 W. Broadway, Suite 2000
San Diego, CA 92101
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendants,
SPARTACUS 20TH LP. ;
SPARTACUS 20TH G.P., INC.;
PHILIP R. PALUMBO;
JAKOB IRION;
BODYROK FRANCHISE, L.P.;
BODYROK FRANCHISE G.P., INC.;
EXERCISE TECHNOLOGIES, L.P.;
BODYROK MARINA, LP. AND
SCULPT FITNESS BERKELEY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAGREE TECHNOLOGIES, INC., LAGREE FITNESS, INC., MAXIMUM FITNESS INCORPORATED, AND SEBASTIEN LAGREE,<br><br>Plaintiffs,<br><br>vs.<br><br>SPARTACUS 20TH LP., SPARTACUS 20TH G.P., INC., PHILIP R. PALUMBO, JAKOB IRION, BODYROK FRANCHISE, L.P., BODYROK FRANCHISE G.P., INC., EXERCISE TECHNOLOGIES, L.P., BODYROK MARINA, LP., SCULPT FITNESS BERKELEY, LLC AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | CASE NO. 3:17-cv-00795<br><br>**PARTIES' STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT FOR PATENT INFRINGEMENT, COPYRIGHT INFRINGEMENT, TRADEMARK INFRINGEMENT, NAME MISAPPROPRIATION, UNLAWFUL AND FRAUDULENT BUSINESS PRACTICES, AND CALIFORNIA COMMON LAW UNFAIR COMPETITION**<br><br>**AND [PROPOSED] ORDER**<br><br>Dept: Courtroom 9 – 19th Floor<br>Judge: Jon S. Tigar |

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

TO THE HONORABLE JON S. TIGAR AND THE CLERK OF THE COURT:

Pursuant to Rule 6-1(b) of the Civil Local Rules (L.R.), Plaintiffs LAGREE TECHNOLOGIES, INC., LAGREE FITNESS, INC. MAXIMUM FITNESS INCORPORATED, and SEBASTIEN LAGREE ("Plaintiffs"), and Defendants SPARTACUS 20TH, L.P., SPARTACUS 20TH G.P., INC., PHILIP R. PALUMBO, JAKOB IRION, BODYROK FRANCHISE, L.P., BODYROK FRANCHISE G.P., INC., EXERCISE TECHNOLOGIES, L.P., BODYROK MARINA, LP., and SCULPT FITNESS BERKELEY, LLC ("Defendants") (hereinafter collectively the "Parties"), stipulate as follows:

WHEREAS, Defendants' deadline to respond to the Complaint is April 7, 2017, pursuant to the March 24, 2017 hearing and Court Order (ECF 32);

WHEREAS, the Parties stipulate to extend the time within which to answer or otherwise respond to the Complaint;

WHEREAS, counsel for the Parties have continued to meet and confer regarding various causes of action and factual allegations in the Complaint;

WHEREAS, on April 7, 2017, counsel for Plaintiffs informed counsel for Defendants that Plaintiffs intend to file a First Amended Complaint on April 10, 2017;

WHEREAS, the Parties stipulate to an extension of time so Defendants do not have to respond to Plaintiffs' original Complaint on April 7, 2017, and instead Defendants will answer or otherwise respond to Plaintiffs' First Amended Complaint in accordance with the Federal Rules of Civil Procedure;

WHEREAS, this stipulation will not alter the date of any event or any deadline already fixed by Court order (other than the Court order referenced above, ECF 32). For example, the case management conference is presently scheduled for June 7, 2017 (ECF 32);

///
///
///
///
///

NOW, THEREFORE, the parties, by and through their respective counsel, hereby stipulate and agree that each of the Defendants' answer(s) or other response(s) to the Complaint shall be in accordance with the Federal Rules of Civil Procedure after Plaintiffs file a First Amended Complaint and Defendants do not need to respond to the original Complaint on April 7, 2017.

Dated: April 7, 2017  GORDON & REES LLP

By: */s/ Robert P. Andris*
Robert P. Andris
Kevin W. Alexander
Michael D. Kanach

Attorneys for Defendants,
SPARTACUS 20TH LP.;
SPARTACUS 20TH G.P., INC.;
PHILIP R. PALUMBO;
JAKOB IRION;
BODYROK FRANCHISE, L.P.;
BODYROK FRANCHISE G.P., INC.;
EXERCISE TECHNOLOGIES, L.P.;
BODYROK MARINA, LP. AND
SCULPT FITNESS BERKELEY, LLC

Dated: April 7, 2017

By: */s/ Chad E. Ziegler*
Chad E. Ziegler (*pro hac vice*)
Attorneys for Plaintiffs,
LAGREE TECHNOLOGIES, INC.,
LAGREE FITNESS, INC.,
MAXIMUM FITNESS INCORPORATED,
AND SEBASTIEN LAGREE

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: April 11, 2017

_____
UNITED STATES DISTRICT JUDGE
Honorable Jon S. Tigar

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

# FILER'S ATTESTATION

I, Robert P. Andris, whose ECF user whose identification and password are being used to file this CIVIL L.R. 6-1(a) PARTIES' STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT FOR PATENT INFRINGEMENT, COPYRIGHT INFRINGEMENT, TRADEMARK INFRINGEMENT, NAME MISAPPROPRIATION, UNLAWFUL AND FRAUDULENT BUSINESS PRACTICES, AND CALIFORNIA COMMON LAW UNFAIR COMPETITION. Defendants' counsel obtained Plaintiff's counsels' authority prior to the filing of this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that counsel for the Plaintiffs concurs in this filing.

By: */s/ Robert P. Andris*
   Robert P. Andris