UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAGREE TECHNOLOGIES, INC., et al.,

Plaintiffs,

v.

SPARTACUS 20TH L.P., et al.,

Defendants.

Case No. 17-cv-00795-JST

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT**

Re: ECF No. 62

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Donna M. Ryu for settlement.

The parties will be advised of the date, time and place of the next appearance by notice from Judge Ryu.

**IT IS SO ORDERED.**

Dated:  June 6, 2017

_____

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California