William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250

Chad E. Ziegler (Admitted *Pro Hac Vice*)
chad@neustel.com
Edward K. Runyan (Admitted *Pro Hac Vice*)
edward@neustel.com
Michelle G. Breit (Bar No. 133143)
michelle@neustel.com
NEUSTEL LAW OFFICES, LTD
2534 South University Drive, Suite 4
Fargo, North Dakota 58103
Telephone: (701) 281-8822
Facsimile: (701) 237-0544

Attorneys for Counterclaim Defendants
LAGREE TECHNOLOGIES, INC., LAGREE FITNESS, INC.,
MAXIMUM FITNESS INCORPORATED, SEBASTIEN LAGREE and SPX FITNESS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAGREE TECHNOLOGIES, INC.,
LAGREE FITNESS, INC., MAXIMUM
FITNESS INCORPORATED, AND
SEBASTIEN LAGREE,

          Plaintiffs,

      v.

SPARTACUS 20TH L.P., SPARTACUS
20TH G.P., INC., PHILIP R. PALUMBO,
JAKOB IRION, BODYROK
FRANCHISE, L.P., BODYROK
FRANCHISE G.P., INC., EXERCISE
TECHNOLOGIES, L.P., BODYROK
MARINA, LP., SCULPT FITNESS
BERKELEY, LLC, AND DOES 1
THROUGH 10, INCLUSIVE,

          Defendants.

CASE NO.: 3:17-CV-00795-JST

**PARTIES' STIPULATION TO EXTEND
TIME FOR COUNTER-DEFENDANTS TO
RESPOND TO DEFENDANT'S FIRST
AMENDED COUNTERCLAIMS UNDER
CIVIL L.R. 6-1(a) AND [PROPOSED
ORDER].**

1

| | |
|---|---|
| 1 | SPARTACUS 20TH L.P., SPARTACUS |
| 2 | 20TH G.P., INC., PHILIP R. PALUMBO, JAKOB IRION, BODYROK |
| 3 | FRANCHISE, L.P., BODYROK FRANCHISE G.P., INC., EXERCISE |
| 4 | TECHNOLOGIES, L.P., BODYROK MARINA, LP., SCULPT FITNESS BERKELEY, LLC, AND SPARTACUS |
| 5 | LOMBARD, L.P., |


1  SPARTACUS 20TH L.P., SPARTACUS
2  20TH G.P., INC., PHILIP R. PALUMBO,
   JAKOB IRION, BODYROK
3  FRANCHISE, L.P., BODYROK
   FRANCHISE G.P., INC., EXERCISE
4  TECHNOLOGIES, L.P., BODYROK
   MARINA, LP., SCULPT FITNESS
5  BERKELEY, LLC, AND SPARTACUS
   LOMBARD, L.P.,

6        Counterclaim Plaintiffs,

7              v.

8  LAGREE TECHNOLOGIES, INC.,
   LAGREE FITNESS, INC., MAXIMUM
9  FITNESS INCORPORATED, AND
   SEBASTIEN LAGREE, SPX FITNESS,
10  INC., AND ROES 1-10, INCLUSIVE

11       Counterclaim Defendants.

12

13

14       TO THE HONORABLE JON S. TIGAR AND THE CLERK OF THE COURT:

15       Pursuant to Rule 6-2(a) of the Civil Local Rules (L.R.), Counterclaim Defendants

16  LAGREE TECHNOLOGIES, INC., LAGREE FITNESS, INC., MAXIMUM FITNESS

17  INCORPORATED, SEBASTIEN LAGREE, and SPX FITNESS, INC. ("Counter-defendants"),

18  and Counterclaim Plaintiffs SPARTACUS 20TH L.P., SPARTACUS 20TH G.P., INC., PHILIP P.

19  PALUMBO, JAKOB IRION, BODYROK FRANCHISE, L.P., BODYROK FRANCHISE G.P.,

20  INC., EXERCISE TECHNOLOGIES, L.P., BODYROK MARINA, L.P., SCULPT FITNESS

21  BERKELEY, LLC, and SPARTACUS LOMBARD, L.P. ("Counter-plaintiffs") (hereinafter

22  collectively the "Parties"), stipulate as follows:

23

24       WHEREAS, Counter-defendants' deadline to respond to Counter-plaintiffs' Amended

25  Counterclaims 1-11 is June 14, 2017, in accordance with Rule 15 of the Federal Rules of Civil

26  Procedure;

27       WHEREAS, the Parties dispute whether Counter-defendants' deadline to respond to

28

newly-alleged counterclaim 12 (§ 2, Sherman Act) is due on June 14, 2017 under Rule 15 or June 21, 2017 under Rule 12(a)(1)(B) (the parties do not seek clarification by the Court);

WHEREAS, the Parties stipulate to an extension of time so Counter-defendants have to respond to all of the counterclaims set forth in Counter-plaintiffs' First Amended Counterclaims by June 28, 2017;

WHEREAS, the Parties have stipulated to two previous time modifications in connection with responses to the Parties' respective pleadings on April 11, 2017 (dkt. No. 35) and May 18, 2017 (dkt. No. 51).

WHEREAS, this stipulation will not alter the date of any event or any deadline already fixed by Court order.

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby stipulate and agree that each of the Counter-defendants' response(s) to Counter-plaintiffs' First Amended Counterclaims shall be made by June 28, 2017.

Dated: June 14, 2017                                    NEUSTEL LAW OFFICES, LTD


                                                        /s/ Edward K. Runyan
                                                        Edward K. Runyan (*Pro Hac Vice*)
                                                        Chad E. Ziegler (*Pro Hac Vice*)
                                                        Michelle G. Breit (Bar No. 133143)

                                                        Attorneys for Counter-defendants,
                                                        LAGREE TECHNOLOGIES, INC.,
                                                        LAGREE FITNESS, INC.,
                                                        MAXIMUM FITNESS INCORPORATED,
                                                        SEBASTIEN LAGREE, and SPX FITNESS,
                                                        INC.


Dated: June 14, 2017                                    /s/ Robert P. Andris
                                                        Robert P. Andris (SBN: 130290)
                                                        Michael D. Kanach (SBN: 271215)
                                                        Kevin W. Alexander (SBN: 175204)

                                                        Attorneys for Counter-plaintiffs,
                                                        SPARTACUS 20TH L.P.,
                                                        SPARTACUS 20TH G.P., INC.,
                                                        PHILIP R. PALUMBO,
                                                        JAKOB IRION,
                                                        BODYROK FRANCHISE, L.P.,
                                                        BODYROK FRANCHISE, G.P., INC.,
                                                        EXERCISE TECHNOLOGIES, L.P.,
                                                        BODYROK MARINA, LP.
                                                        SCULPT FITNESS BERKELEY, LLC, and
                                                        SPARTACUS LOMBARD, L.P.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_June 15, 2017__

_____
UNITED STATES DISTRICT JUDGE
Honorable Jon. S. Tigar

**FILER'S ATTESTATION**

I, Edward K. Runyan, am an ECF user whose ID and password are being used to file this CIVIL L.R. 6-1(a) PARTIES' STIPULATION TO EXTEND TIME FOR COUNTER-DEFENDANTS TO RESPOND TO COUNTER-PLAINTIFFS' FIRST AMENDED COUNTERCLAIMS. Counter-Defendants' counsel obtained Defendants' counsel's authority prior to the filing of this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that counsel for the Defendants concur in this filing.


/s/ *Edward K. Runyan*
Edward K. Runyan