William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250

Chad E. Ziegler (Admitted *Pro Hac Vice*)
chad@neustel.com
Edward K. Runyan (Admitted *Pro Hac Vice*)
edward@neustel.com
Michelle G. Breit (Bar No. 133143)
michelle@neustel.com
NEUSTEL LAW OFFICES, LTD
2534 South University Drive, Suite 4
Fargo, North Dakota 58103
Telephone: (701) 281-8822
Facsimile: (701) 237-0544

Attorneys for Counterclaim Defendants
LAGREE TECHNOLOGIES, INC., LAGREE FITNESS, INC.,
MAXIMUM FITNESS INCORPORATED, SEBASTIEN LAGREE and SPX FITNESS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAGREE TECHNOLOGIES, INC., LAGREE FITNESS, INC., MAXIMUM FITNESS INCORPORATED, AND SEBASTIEN LAGREE,<br><br>Plaintiffs,<br><br>v.<br><br>SPARTACUS 20TH L.P., SPARTACUS 20TH G.P., INC., PHILIP R. PALUMBO, JAKOB IRION, BODYROK FRANCHISE, L.P., BODYROK FRANCHISE G.P., INC., EXERCISE TECHNOLOGIES, L.P., BODYROK MARINA, LP., SCULPT FITNESS BERKELEY, LLC, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | CASE NO.: 3:17-CV-00795-JST<br><br><br>**PARTIES' STIPULATION TO EXTEND TIME FOR PLAINTIFFS-COUNTERDEFENDANTS TO REPLY TO MOTION TO DISMISS PLAINTIFF'S PATENT INFRINGEMENT CLAIMS AND RELATED COUNTERCLAIMS PURSUANT TO FED.R. CIV. 41(a)(2) AND 12(b)(1) AND [~~PROPOSED~~ ORDER].** |

1

| | |
|---|---|
| 1 | SPARTACUS 20TH L.P., SPARTACUS 20TH G.P., INC., PHILIP R. PALUMBO, |
| 2 | JAKOB IRION, BODYROK FRANCHISE, L.P., BODYROK |
| 3 | FRANCHISE G.P., INC., EXERCISE TECHNOLOGIES, L.P., BODYROK |
| 4 | MARINA, LP., SCULPT FITNESS BERKELEY, LLC, AND SPARTACUS |
| 5 | LOMBARD, L.P., |
| 6 | Counterclaim Plaintiffs, |
| 7 | v. |
| 8 | LAGREE TECHNOLOGIES, INC., LAGREE FITNESS, INC., MAXIMUM |
| 9 | FITNESS INCORPORATED, AND SEBASTIEN LAGREE, SPX FITNESS, |
| 10 | INC., AND ROES 1-10, INCLUSIVE |
| 11 | Counterclaim Defendants. |

TO THE HONORABLE JON S. TIGAR AND THE CLERK OF THE COURT:

Pursuant to Rules 6-1(b) and 6-2(a) of the Civil Local Rules (L.R.), Plaintiffs and Counterclaim Defendants LAGREE TECHNOLOGIES, INC., LAGREE FITNESS, INC., MAXIMUM FITNESS INCORPORATED and SEBASTIEN LAGREE ("Plaintiffs"), and Counterclaim Plaintiffs SPARTACUS 20TH L.P., SPARTACUS 20TH G.P., INC., PHILIP P. PALUMBO, JAKOB IRION, BODYROK FRANCHISE, L.P., BODYROK FRANCHISE G.P., INC., EXERCISE TECHNOLOGIES, L.P., BODYROK MARINA, L.P., SCULPT FITNESS BERKELEY, LLC, and SPARTACUS LOMBARD, L.P. ("Defendants") (hereinafter collectively the "Parties"), stipulate as follows:

WHEREAS, Plaintiffs' deadline to respond to Plaintiffs' Motion to Dismiss Plaintiffs' Patent Infringement Claims and Related Counterclaims Pursuant to Fed.R.Civ.P. 41(a)(2) and 12(b)(1) ("Motion to Dismiss") is August 4, 2017, in accordance with L.R. 7-3(c).

WHEREAS, Plaintiffs' counsel informed Defendants' counsel that Plaintiff Sebastien

Lagree is out of the country and unavailable to assist with preparation of the reply to the Motion

to Dismiss until August 14, 2017 and, in addition, Plaintiffs' counsel has certain scheduled

obligations, including a hearing during the week of August 7, 2017.

WHEREAS, based on the foregoing, the Parties met and conferred and stipulated to an

extension of time for Plaintiffs to file their reply to the Motion to Dismiss up to and including

August 18, 2017.

WHEREAS, the Parties have stipulated to four previous time modifications in connection

with motions and responses to the Parties' respective pleadings on April 11, 2017 (Dkt. No. 35)

and May 18, 2017 (Dkt. No. 51), June 14, 2017 (Dkt. No. 68), and July 20, 2017 (Dkt. 82).

WHEREAS, this stipulation will not alter the date of any event or any deadline already

fixed by the Court order.

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby

stipulate and agree that Plaintiffs' reply to the Motion to Dismiss shall be filed no later than

August 18, 2017.

Dated: August 3, 2017                                NEUSTEL LAW OFFICES, LTD


                                                    /s/ Edward K. Runyan
                                                    Edward K. Runyan (*Pro Hac Vice*)
                                                    Chad E. Ziegler (*Pro Hac Vice*)
                                                    Michelle G. Breit (Bar No. 133143)

                                                    Attorneys for Counter-defendants,
                                                    LAGREE TECHNOLOGIES, INC.,
                                                    LAGREE FITNESS, INC.,
                                                    MAXIMUM FITNESS INCORPORATED,
                                                    SEBASTIEN LAGREE, and SPX FITNESS,
                                                    INC.

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Dated: August 3, 2017 |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |

Dated: August 3, 2017

/s/ Michael D. Kanach
Robert P. Andris (SBN: 130290)
Michael D. Kanach (SBN: 271215)
Kevin W. Alexander (SBN: 175204)

Attorneys for Counter-plaintiffs,
SPARTACUS 20TH L.P.,
SPARTACUS 20TH G.P., INC.,
PHILIP R. PALUMBO,
JAKOB IRION,
BODYROK FRANCHISE, L.P.,
BODYROK FRANCHISE, G.P., INC.,
EXERCISE TECHNOLOGIES, L.P.,
BODYROK MARINA, LP.
SCULPT FITNESS BERKELEY, LLC, and
SPARTACUS LOMBARD, L.P.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_August 5, 2017_

_____

UNITED STATES DISTRICT JUDGE

Honorable Jon. S. Tigar

# FILER'S ATTESTATION

I, Michelle G. Breit, am an ECF user whose ID and password are being used to file this PARTIES' STIPULATION TO EXTEND TIME FOR PLAINTIFFS-COUNTERDEFENDANTS TO REPLY TO MOTION TO DISMISS PLAINTIFF'S PATENT INFRINGEMENT CLAIMS AND RELATED COUNTERCLAIMS PURSUANT TO FED.R. CIV. 41(a)(2) AND 12(b)(1) AND [PROPOSED ORDER].   Plaintiffs' counsel obtained Defendants' counsel's authority prior to the filing of this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that counsel for the Defendants concur in this filing.


Dated: August 3, 2107          /s/ *Michelle G. Breit*
                               Michelle G. Breit