UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAGREE TECHNOLOGIES, INC., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>SPARTACUS 20TH L.P., et al.,<br><br>        Defendants. | Case No. 17-cv-00795-JST<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME AND CONTINUING HEARING**<br><br>Re: ECF No. 96 |

On August 25, 2017, the parties filed a stipulated request to extend the time for Plaintiff to file a Reply on the First Motion to Dismiss Plaintiff's Patent Infringement Claims and Related Counterclaims. ECF No. 96. The request to extend the time in which to file a reply up to and including September 1, 2017 is granted. Accordingly, the hearing on the motion is also continued from September 12, 2017 to October 5, 2017.

IT IS SO ORDERED.

Dated: August 28, 2017

                                                  JON S. TIGAR
                                           United States District Judge