ROBERT P. ANDRIS (SBN 130290)
*randris@grsm.com*
MICHAEL D. KANACH (SBN 271215)
*mkanach@grsm.com*
GORDON & REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.986.5900
Facsimile: 415.986.8054

KEVIN W. ALEXANDER (SBN 175204)
*kalexander@grsm.com*
GORDON & REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendants,
SPARTACUS 20TH L.P.;
SPARTACUS 20TH G.P., INC.;
PHILIP R. PALUMBO;
JAKOB IRION;
BODYROK FRANCHISE, L.P.;
BODYROK FRANCHISE G.P., INC.;
EXERCISE TECHNOLOGIES, L.P.;
BODYROK MARINA, L.P.;
SCULPT FITNESS BERKELEY, LLC;
SPARTACUS LOMBARD, L.P.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| LAGREE TECHNOLOGIES, INC., LAGREE FITNESS, INC., MAXIMUM FITNESS INCORPORATED, and SEBASTIEN LAGREE,<br><br>Plaintiffs,<br><br>vs.<br><br>SPARTACUS 20TH LP., SPARTACUS 20TH G.P., INC., PHILIP R. PALUMBO, JAKOB IRION, BODYROK FRANCHISE, L.P., BODYROK FRANCHISE G.P., INC., EXERCISE TECHNOLOGIES, L.P., BODYROK MARINA, L.P., SCULPT FITNESS BERKELEY, LLC and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:17-cv-00795-JST<br><br>**PARTIES' STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE ADMINISTRATIVE MOTION FOR LEAVE OF COURT TO FILE A SUR-REPLY TO MOTION TO DISMISS PLAINTIFFS' PATENT INFRINGEMENT CLAIMS AND RELATED COUNTERCLAIMS PURSUANT TO FED.R. CIV. 41(a)(2) AND 12(b)(1);**<br><br>**AND [PROPOSED] ORDER**<br><br>**Courtroom: 9**<br>**Judge: Jon S. Tigar** |

**Gordon & Rees LLP**
**101 W. Broadway Suite 2000**
**San Diego, CA 92101**

| | |
|---|---|
| 1 | SPARTACUS 20TH LP., SPARTACUS 20TH ) |
|   | G.P., INC., PHILIP R. PALUMBO, JAKOB ) |
| 2 | IRION, BODYROK FRANCHISE, L.P., ) |
|   | BODYROK FRANCHISE G.P., INC., EXERCISE ) |
| 3 | TECHNOLOGIES, L.P., BODYROK MARINA, ) |
|   | L.P., SCULPT FITNESS BERKELEY, LLC, and ) |
| 4 | SPARTACUS LOMBARD, L.P. ) |

1  SPARTACUS 20TH LP., SPARTACUS 20TH  )
   G.P., INC., PHILIP R. PALUMBO, JAKOB  )
2  IRION, BODYROK FRANCHISE, L.P.,  )
   BODYROK FRANCHISE G.P., INC., EXERCISE  )
3  TECHNOLOGIES, L.P., BODYROK MARINA,  )
   L.P., SCULPT FITNESS BERKELEY, LLC, and  )
4  SPARTACUS LOMBARD, L.P.  )
                                            )
5              Counter-Plaintiffs,           )
                                            )
6       vs.                                 )
                                            )
7  LAGREE TECHNOLOGIES, INC., LAGREE  )
   FITNESS, INC., MAXIMUM FITNESS  )
8  INCORPORATED, and SEBASTIEN LAGREE,  )
   and SPX FITNESS, INC., and ROES 1 through 10,  )
9  inclusive,  )
                                            )
10             Counter-Defendants.           )
                                            )
11                                          )
                                            )
12                                          )

---

PARTIES' STIPULATION TO EXTEND TIME FOR DEFENDANTS TO
FILE SUR-REPLY TO MOTION TO DISMISS PATENTS / COUNTERCLAIMS       3:17-cv-00795-JST

**Gordon & Rees LLP**
101 W. Broadway Suite 2000
San Diego, CA 92101

1   TO THE HONORABLE JON S. TIGAR AND THE CLERK OF THE COURT:

2       Pursuant to Rule 6-1(b) of the Civil Local Rules (L.R.), Plaintiffs and Counter-

3   Defendants LAGREE TECHNOLOGIES, INC., LAGREE FITNESS, INC., MAXIMUM

4   FITNESS INCORPORATED, SEBASTIEN LAGREE, and SPX FITNESS, INC. ("Plaintiffs"),

5   and Defendants and Counter-Plaintiffs SPARTACUS 20TH L.P., SPARTACUS 20TH G.P.,

6   INC., PHILIP P. PALUMBO, JAKOB IRION, BODYROK FRANCHISE, L.P., BODYROK

7   FRANCHISE G.P., INC., EXERCISE TECHNOLOGIES, L.P., BODYROK MARINA, L.P.,

8   SCULPT FITNESS BERKELEY, LLC, and SPARTACUS LOMBARD, L.P. ("Defendants")

9   (hereinafter collectively the "Parties"), stipulate as follows:

10       WHEREAS, Defendants intend to file a motion for administrative relief pursuant to

11   Local Rule 7-11, requesting leave to file a sur-reply in response to Plaintiffs' Motion to Dismiss

12   Plaintiffs' Patent Infringement Claims and Related Counterclaims Pursuant to Fed. R. Civ. P.

13   41(a)(2) and 12(b)(1) (Dkt. No. 79) ("Motion to Dismiss") and Plaintiffs' Reply (Dkt No. 104)

14   which contained a declaration and Exhibit, namely a covenant not to sue signed on September 8,

15   2017 (Dkt No. 104-1).

16       WHEREAS, counsel for the Parties have met and conferred in an attempt to reach an

17   agreement on the terms of a potential stipulated dismissal.

18       WHEREAS, the parties wish to continue meeting and conferring regarding the terms of a

19   potential stipulated dismissal.

20       WHEREAS, on September 8, 2017, the Court continued the hearing on the Motion to

21   Dismiss to November 2, 2017 (Dkt. No. 103).

22       WHEREAS, based on the foregoing, the Parties met and conferred and stipulated to a

23   one-week extension of time for Defendants to file their motion for administrative relief for leave

24   to file a sur-reply, up to and including September 22, 2107, which would give the Parties

25   sufficient time to discuss mutually-agreeable terms to a stipulated dismissal.

26       WHEREAS, the Parties have stipulated to three previous time modifications for Plaintiffs

27   to file their reply to the Motion to Dismiss (Dkt. Nos. 85, 96 and 99).

28       WHEREAS, Plaintiffs were also granted one additional modification for Plaintiffs to file

1 their reply to the Motion to Dismiss (Dkt. No. 94).

2 WHEREAS, the Parties have stipulated to four previous time modifications in connection

3 with responses to the Parties' respective pleadings on April 11, 2017 (Dkt. No. 35) and May 18,

4 2017 (Dkt. No. 51), June 14, 2017 (Dkt. No. 68), and July 20, 2017 (Dkt. 82).

5 WHEREAS, this stipulation will not alter the date of any event or any deadline already

6 fixed by the Court order, and could resolve one of the issues before the Court's November 2,

7 2017 hearing.

8 NOW, THEREFORE, the Parties, by and through their respective counsel, hereby

9 stipulate and agree that Defendants' motion for administrative relief to file a sur-reply to the

10 Motion to Dismiss shall be filed no later than September 22, 2017.

12 DATED: September 15, 2017        GORDON REES SCULLY MANSUKHANI, LLP

14 By:   */s/ Robert P. Andris*
       Robert P. Andris
       Michael D. Kanach
       Attorneys for Defendants,
       SPARTACUS 20TH LP. ;
       SPARTACUS 20TH G.P., INC.;
       PHILIP R. PALUMBO;
       JAKOB IRION;
       BODYROK FRANCHISE, L.P.;
       BODYROK FRANCHISE G.P., INC.;
       EXERCISE TECHNOLOGIES, L.P.;
       BODYROK MARINA, L.P.;
       SCULPT FITNESS BERKELEY, LLC;
       SPARTACUS LOMBARD, L.P.

22 DATED: September 15, 2017        NEUSTEL LAW OFFICES, LTD

23 By:   */s/ Chad E. Ziegler*
       Chad E. Ziegler (*Pro Hac Vice*)
       Edward K. Runyan (*Pro Hac Vice*)
       Michelle G. Breit
       Attorneys for Plaintiffs,
       LAGREE TECHNOLOGIES, INC.;
       LAGREE FITNESS, INC.;
       MAXIMUM FITNESS INCORPORATED;
       SEBASTIEN LAGREE;
       SPX FITNESS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: September 20, 2017

*/s/ Jon S. Tigar*
UNITED STATES DISTRICT JUDGE
Honorable Jon S. Tigar

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101