**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL CONFERENCE MINUTE ORDER**

| **Date:** 10/5/17 | **Time:** 7 hours 30 minutes | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.**: 3:17-cv-00795-JST | **Case Name:** Lagree Technologies, Inc., et al v. Spartacus 20th L.P., et al | |

**For Plaintiffs/Counter Defendants:**
Chad Ziegler
Michelle Breit
Sebastien Lagree

**For Defendants/Counter Claimants:**
Robert Andris
Michael Kanach
Jakob Irion
Philip Palumbo
Mike Khoury
Evan Kiesz

**Deputy Clerk:** Ivy Lerma Garcia          **FTR:** 6:11-6:21

**PROCEEDINGS**

Settlement conference held.

**Results:**  Matter fully settled.

cc:  Chambers