UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAGREE TECHNOLOGIES, INC., et al., | Case No. 17-cv-00795-JST |
| Plaintiffs, | |
| v. | **ORDER TO FILE STIPULATION OF DISMISSAL** |
| SPARTACUS 20TH L.P., et al., | Re: ECF No. 121 |
| Defendants. | |

Magistrate Judge Ryu notified the Court that the matter was fully settled. See ECF No. 121. By November 20, 2017, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

The Court also hereby sets a case management conference on December 6, 2017 at 2:00 p.m. That conference will be vacated automatically if a stipulation of dismissal is timely filed.

Any continuance of the deadlines set in this order requires a showing of good cause.

All other deadlines and hearings are vacated.

**IT IS SO ORDERED**.

Dated: October 6, 2017

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California