UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAGREE TECHNOLOGIES, INC., et al.,

          Plaintiffs,

      v.

SPARTACUS 20TH L.P., et al.,

          Defendants.

Case No. 17-cv-00795-JST

**ORDER RE STIPULATION OF DISMISSAL**

Re: ECF No. 127

In the parties' proposed dismissal order, ECF No. 127, they request that both the undersigned and Magistrate Judge Ryu retain jurisdiction over the parties settlement agreement.

The Court cannot grant this request, because only one judge can have jurisdiction over a case. The case is currently assigned to the undersigned. If the parties would like to vest jurisdiction in Judge Ryu for the purposes of enforcement of the settlement agreement, they can do so by consenting to transfer the case to Judge Ryu for all purposes; a consent form is available at https://cand.uscourts.gov/civilforms.

If the parties file such a consent by November 3, 2017, the case will be transferred to Judge Ryu and she will consider the parties' stipulation and request. Otherwise, Judge Tigar will execute the parties' stipulated request and will retain jurisdiction over the parties' settlement.

**IT IS SO ORDERED.**

Dated: October 24, 2017

                                     _____

                                       JON S. TIGAR
                                    United States District Judge

United States District Court
Northern District of California