UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAGREE TECHNOLOGIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SPARTACUS 20TH L.P., et al.,<br><br>Defendants. | Case No. 17-cv-00795-JST (DMR)<br><br>**ORDER TO SHOW CAUSE WHY DEFENSE COUNSEL SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR AT THE FURTHER TELEPHONIC SETTLEMENT CONFERENCE** |

At the parties' request, the court scheduled a follow-up settlement call for November 16, 2017. Plaintiff's counsel appeared for the call; defense counsel did not. Defense counsel has yet to offer an explanation for their absence; indeed, they have been completely silent.

By **November 22, 2017**, defense counsel shall show cause in writing why they should not be sanctioned for failing to appear. By **November 28, 2017**, counsel for both sides shall submit a joint letter with an update on the remaining dispute by emailing it to dmrchambers@cand.uscourts.gov. The court fully expects that the dispute will have been resolved by that time.

**IT IS SO ORDERED.**

Dated: November 21, 2017



_____
Donna M. Ryu
United States Magistrate Judge