William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250

Chad E. Ziegler (Admitted *Pro Hac Vice*)
chad@neustel.com
Edward K. Runyan (Admitted *Pro Hac Vice*)
edward@neustel.com
Michelle G. Breit (Bar No. 133143)
michelle@neustel.com
NEUSTEL LAW OFFICES, LTD
2534 South University Drive, Suite 4
Fargo, North Dakota 58103
Telephone: (701) 281-8822
Facsimile: (701) 237-0544

Attorneys for Plaintiffs and Counterclaim Defendants
LAGREE TECHNOLOGIES, INC., LAGREE FITNESS, INC.,
MAXIMUM FITNESS INCORPORATED, SEBASTIEN LAGREE and SPX FITNESS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAGREE TECHNOLOGIES, INC., LAGREE FITNESS, INC., MAXIMUM FITNESS INCORPORATED, AND SEBASTIEN LAGREE,<br><br>Plaintiffs,<br><br>v.<br><br>SPARTACUS 20TH L.P., SPARTACUS 20TH G.P., INC., PHILIP R. PALUMBO, JAKOB IRION, BODYROK FRANCHISE, L.P., BODYROK FRANCHISE G.P., INC., EXERCISE TECHNOLOGIES, L.P., BODYROK MARINA, LP., SCULPT FITNESS BERKELEY, LLC, SPARTACUS LOMBARD, L.P., AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | CASE NO.: 3:17-CV-00795-JST<br><br>**PARTIES' STIPULATION OF DISMISSAL OF THE PRESENT ACTION WITH PREJUDICE AND [PROPOSED] ORDER.** |

1

| | |
|---|---|
| 1 | SPARTACUS 20TH L.P., SPARTACUS 20TH G.P., INC., PHILIP R. PALUMBO, JAKOB IRION, BODYROK FRANCHISE, L.P., BODYROK FRANCHISE G.P., INC., EXERCISE TECHNOLOGIES, L.P., BODYROK MARINA, L.P., SCULPT FITNESS BERKELEY, LLC, AND SPARTACUS LOMBARD, L.P., |

1  SPARTACUS 20ᵀᴴ L.P., SPARTACUS
   20ᵀᴴ G.P., INC., PHILIP R. PALUMBO,
2  JAKOB IRION, BODYROK
   FRANCHISE, L.P., BODYROK
3  FRANCHISE G.P., INC., EXERCISE
   TECHNOLOGIES, L.P., BODYROK
4  MARINA, L.P., SCULPT FITNESS
   BERKELEY, LLC, AND SPARTACUS
5  LOMBARD, L.P.,

6       Counterclaim Plaintiffs,

7       v.

8  LAGREE TECHNOLOGIES, INC.,
   LAGREE FITNESS, INC., MAXIMUM
9  FITNESS INCORPORATED, AND
   SEBASTIEN LAGREE, SPX FITNESS,
10 INC., AND ROES 1-10, INCLUSIVE

11      Counterclaim Defendants.

TO THE HONORABLE JON S. TIGAR AND THE CLERK OF THE COURT:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and per the Court's December 2, 2017 order (ECF 139), Plaintiffs and Counterclaim Defendants LAGREE TECHNOLOGIES, INC., LAGREE FITNESS, INC., MAXIMUM FITNESS INCORPORATED, SEBASTIEN LAGREE, and SPX FITNESS, INC., and Defendants and Counterclaim Plaintiffs SPARTACUS 20TH L.P., SPARTACUS 20TH G.P., INC., PHILIP P. PALUMBO, JAKOB IRION, BODYROK FRANCHISE, L.P., BODYROK FRANCHISE G.P., INC., EXERCISE TECHNOLOGIES, L.P., BODYROK MARINA, L.P., SCULPT FITNESS BERKELEY, LLC, and SPARTACUS LOMBARD, L.P. (collectively, the "Parties"), stipulate as follows:

WHEREAS, during the Settlement Conference held on October 5, 2017, the Parties reached a binding agreement ("Settlement Agreement") to settle and dismiss the entirety of the present action in consideration of the negotiated terms read into the record by Magistrate Judge Donna M. Ryu, and agreed to by the Parties and their counsel, at the conclusion of said

Conference ("October 5, 2017 Settlement Conference Transcript")

WHEREAS, on January 8, 2018, the Parties signed an Addendum Agreement on confidentiality and transferability of the Settlement Agreement.

WHEREAS, on January 10, 2018, Judge Ryu granted the Parties stipulation regarding sealing the October 5, 2017 Settlement Conference Transcript and redacting the terms of the Settlement Agreement from the version of the Transcript that will become publicly accessible through the Court's PACER service.

WHEREAS, the Parties agree that this Court shall retain jurisdiction of any action to enforce the terms of the Settlement Agreement and the Addendum Agreement.

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby stipulate and agree to the dismissal of this action with prejudice, including all claims and counterclaims stated herein against any and all parties, with each party bearing its own attorney's fees and costs.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: January 11, 2018                        Neustel Law Offices, LTD

/s/ Chad E. Ziegler
Chad E. Ziegler (*Pro Hac Vice*)
Edward K. Runyan (*Pro Hac Vice*)
Michelle G. Breit (Bar No. 133143)

Attorneys for Plaintiffs and Counter-defendants, LAGREE TECHNOLOGIES, INC., LAGREE FITNESS, INC., MAXIMUM FITNESS INCORPORATED, SEBASTIEN LAGREE, and SPX FITNESS, INC.

Dated: January 11, 2018                        Gordon Rees Scully Mansukhani, LLP

/s/ Robert P. Andris
Robert P. Andris (SBN: 130290)
Michael D. Kanach (SBN: 271215)
Kevin W. Alexander (SBN: 175204)

Attorneys for Defendants and Counter-plaintiffs, SPARTACUS 20TH L.P., SPARTACUS 20TH G.P., INC., PHILIP R. PALUMBO, JAKOB IRION, BODYROK FRANCHISE, L.P., BODYROK FRANCHISE, G.P., INC., EXERCISE TECHNOLOGIES, L.P., BODYROK MARINA, LP. SCULPT FITNESS BERKELEY, LLC, and SPARTACUS LOMBARD, L.P.

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION IS HEREBY DISMISSED WITH PREJUDICE as to all claims, counterclaims, and parties, with each party bearing its own attorney's fees and costs. This Court shall retain jurisdiction to enforce and/or interpret the terms of the Settlement Agreement and the Addendum Agreement. The Clerk is directed to close the file.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: January 11, 2018

_____
UNITED STATES DISTRICT JUDGE
Honorable Jon. S. Tigar

**FILER'S ATTESTATION**

I, Chad E. Ziegler, am an ECF user whose ID and password are being used to file this PARTIES' STIPULATION OF DISMISSAL OF THE PRESENT ACTION WITH PREJUDICE AND [PROPOSED] ORDER. Plaintiffs' counsel obtained Defendants' counsel's authority prior to the filing of this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that counsel for the Defendants concur in this filing.

                                            /s/ Chad E. Ziegler
                                            Chad E. Ziegler